UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:22-cv-01483-PA-AFM                                      Date:  October 3, 2022

Title     Isaiah J. Berry v. Kilolo Kijakazi

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

      Pursuant to the Court's Order of August 23, 2022 (ECF No. 7), plaintiff was ordered to file a Proof of Service showing compliance with Paragraph 1 of the Court's Order within thirty (30) days of the date of the Order, i.e., by September 22, 2022.  To date, the Proof of Service has not been filed with the Court.  Accordingly, no later than October 17, 2022, plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute and following Court orders.  Filing of the Proof of Service on or before October 17, 2022, shall be deemed compliance with this Order to Show Cause.

      IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |