Young Bin Yim, CA State Bar No. 232340
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
Fedcourt@binderlawfirm.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISAIAH J. BERRY, | ) | 5:22-CV-01483-AS |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER AWARDING** |
| | ) | **ATTORNEY FEES UNDER THE** |
| v. | ) | **EQUAL ACCESS TO JUSTICE** |
| | ) | **ACT, PURSUANT TO 28 U.S.C.** |
| KILOLO KIJAKAZI, Acting | ) | **§ 2412(d), AND COSTS, PURSUANT** |
| Commissioner of Social Security, | ) | **TO 28 U.S.C. § 1920** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of NINE THOUSAND ONE HUNDRED FIFTY FOUR DOLLARS AND THIRTY EIGHT CENTS ($9,154.38), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED AND TWO DOLLARS ($402.00), subject to the terms of the above-referenced Stipulation.

Dated: November 20, 2023            / s / Sagar
                              Honorable Alka Sagar
                              United States Magistrate Judge